# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Bruce Loudenslager, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00115-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| NH Federal District Court, Lockheed Corp., Central Intelligence Agency, | ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 21, 2018 Order.

May 21, 2018

_____
Frank G. Johns, Clerk
United States District Court